| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Re nrt Requlred by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last na e, First name, Middle Initial<br><br>Murphy, Michael R | 2. Court or Organization<br><br>U.S.C.A., 10th Circuit | 3. Date of Report<br><br>5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge, active | 5. ReportType (check appropriate type)<br><br>○ Nomination      Date<br><br>○ Initial    ⦿ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Cha bers or Office Address<br><br>Bennett Federal Bldg., Rm.5438<br><br>125 South State Street<br><br>Salt Lake City, UT 84138-1181 | 8. On the basis of the inform ation contained in this Report and any modifications pertaining thereto, it is, in my opinion, in ompliance with ap li able laws and regulations.<br><br>Reviewing Officer_____  Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   See VIII | Utah Judicial Retirement |

FINANCIAL DISCLOSURE OFFICE

2005 MAY 13 P 12: 04

RECEIVED

## III. NON-INVESTMENT INCOME. ( eporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bankruptcy Institute, Denver, Colorado | Speaker at the conference. February 5-6, 2004. Reimbursed for air fare, meals, and taxi. |
| 2. | Thomas M. Cooley Law School, Lansing, Michigan | Participated in the Symposium. October 11-13, 2004. Reimbursed for air fare. |
| 3. | | |
| 4. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wells Fargo IRA Acct. No. 2 | A | Interest | K | T | | | | | |
| 2. - WF Money Market FD | A | Dividend | J | T | | | | | |
| 3. - Ford Motor Credit Co. Notes | B | Interest | K | T | | | | | |
| 4. CREF (U. of U.) | B | Dividend | K | T | | | | | |
| 5. CREF (Rowland) | C | Dividend | K | T | | | | | |
| 6. Wells Fargo NA Checking Acct | A | Interest | J | T | | | | | |
| 7. Wells Fargo IRA Account | F | Div.&Int. | O | T | IRA Distrib. | 8/9 | K | | |
| 8. Wells Fa█ Money Mkt█ | A | Interest | K | T | | | | | |
| 9. Amgen Inc. (Com) | | None | J | T | Sold | 3/26 | J | D | |
| 10. U. S. Treas. Note dtd 2/15/2002 due 2/15/2012 | B | Interest | K | T | | | | | |
| 11. Unionbancal Fin. Tr.(Prf) | A | Dividend | | | Sold | 3/26 | K | | |
| 12. Intel Corp. (Com) | A | Dividend | | | Sold | 3/26 | J | B | |
| 13. Lowes Cos. Inc. | A | Dividend | | | Sold | 2/3 | J | B | |
| 14. AMEX Energy Select SPDR | A | Dividend | | | Sold | 10/14 | K | D | |
| 15. AMEX Financial Select SPDR | B | Dividend | | | Buy | 3/26 | K | | |
| 16. | | None | | | Partial Sell | 8/5 | K | | |
| 17. | | None | | | Partial Sell | 10/14 | L | D | |
| 18. AMEX Technology Select SPDR | A | Dividend | | | Buy | 3/26 | K | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $6,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | None | | | Sold | 10/14 | L | A | |
| 20. Consumer Discretionary Select Sector | A | Dividend | | | Sold | 10/14 | K | C | |
| 21. Health Care Select Sector SPDR Fund | A | Dividend | | | Buy | 2/3 | J | | |
| 22. | | None | | | Sold | 10/14 | K | | |
| 23. Industrial Select Sect SPDR | A | Dividend | | | Sold | 10/14 | L | D | |
| 24. I Shares Inc. MSCI Pacific Ex-Japan | B | Dividend | | | Partial Sell | 3/26 | J | A | |
| 25. | | None | | | Partial Sell | 10/14 | K | B | |
| 26. I Shares MSCI Japan | A | Dividend | | | Partial Sell | 3/26 | J | A | |
| 27. | | None | | | Partial Sell | 10/14 | K | A | |
| 28. I Shares NASDAQ Biotech Index | | None | | | Buy | 3/26 | K | | |
| 29. | | None | | | Partial Sell | 8/5 | K | | |
| 30. | | None | | | Partial Sell | 10/14 | K | | |
| 31. I Shares Russell 2000 Growth | A | Dividend | K | T | Partial Sell | 3/26 | J | A | |
| 32. I Shares Russell 2000 Value Index FD | A | Dividend | K | T | Partial Sell | 3/26 | J | A | |
| 33. | | None | | | Partial Sell | 10/14 | J | B | |
| 34. I Shares S&P Europe 350 | B | Dividend | K | T | Partial Sell | 3/26 | J | A | |
| 35. | | None | | | Buy | 10/14 | J | | |
| 36. I Shares S&P Latin America 40 | A | Dividend | J | T | Partial Sell | 3/26 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Michael R | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | | None | | | Partial Sell | 10/14 | J | B | |
| 38. I Shares TR Russell Midcap Growth | A | Dividend | L | T | Partial Sell | 3/26 | K | B | |
| 39. | | None | | | Buy | 10/14 | J | | |
| 40. Materials Select Sector SPDR | A | Dividend | | | Sold | 10/14 | K | C | |
| 41. I Shares Lehman 1-3 Yr. U.S. Treasury Index Fund | A | Dividend | J | T | Buy | 10/14 | J | | |
| 42. I Shares TR Cohen & Steers Realty | A | Dividend | K | T | Buy | 10/14 | K | | |
| 43. I Shares TR MSCI Emerging Markets | A | Dividend | K | T | Buy | 10/14 | K | | |
| 44. I Shares Russell Midcap Value | A | Dividend | J | T | Buy | 10/14 | J | | |
| 45. I Shares Russell 1000 Growth | A | Dividend | M | T | Buy | 10/14 | M | | |
| 46. I Shares Russell 1000 Value | B | Dividend | M | T | Buy | 10/14 | M | | |
| 47. First Security Securities Litigation Class Action Proceeds | A | Distribution | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part II  Agreements

Line 1:  As of the date of my resignation from the Third District Court, State of Utah, in October 1995, I had accumulated nine years in the state judicial retirement plan which will not begin to pay benefits until I reach the age of 70 in 2017.  The plan is an annuity type plan.

Part II

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _May 12, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544